**Antonio BARBER, Petitioner—Appellant,**

v.

**M. PETTIFORD, Warden, Federal Correctional Institution, Bennettsville SCP, Respondent—Appellee.**

No. 05–7428.

United States Court of Appeals, Fourth Circuit.

Submitted: May 18, 2006.

Decided: May 26, 2006.

Antonio Barber, Appellant Pro Se.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Antonio Barber appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Barber v. Pettiford,* No. CA–05–1666–CMC (D.S.C. Sept. 1, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*